CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Vanessa Parra** DOB: 1990; United States<br>**Jose Monjaras** DOB: 1984; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**20-01777MJ** |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i). ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about June 18, 2020, in the District of Arizona, **Vanessa Parra** and **Jose Monjaras**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to conceal, harbor, or shield certain illegal aliens, including Jassiel Abondis-Lopez, Alejandra Hernandez-Navarette, and Ruperto Zarate-Genchi; within the United States in any place, including any building or any means of transportation, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about June 18, 2020, in the District of Arizona (Douglas), the Department of Public Safety Criminal Targeting Unit (CTU) along with Homeland Security Investigations and United States Border Patrol Agents executed a search warrant at an alien stash house in Douglas. CTU Detectives located three adults and several juveniles U.S. Citizens. Two of the adults were identified as **Vanessa Parra, Jose Monjaras**. **Monjaras** is a known alien and narcotics smuggler coordinator who operates in Douglas. In the rear portion of the residence six subjects were located, five adults and one unaccompanied juvenile. All six admitted they were in the U.S. illegally, including Jassiel Abondis-Lopez, Alejandra Hernandez-Navarette, and Ruperto Zarate-Genchi.

In a post-*Miranda* statement, **Monjaras** said he has been living at the stash house for several weeks. He has been dating **Parra** for approximately two weeks. **Monjaras** said **Parra** is the sister of the subject who is in charge of coordinating the transportation and harboring of illegal aliens at the stash house. He said the brother was getting paid $120-300 USD for harboring illegal aliens. **Monjaras** admitted he knew there were illegal aliens in the stash house.

In a post-*Miranda* statement, **Parra** claimed she arrived at the stash house approximately three days ago to see her children. **Parra** admitted she knew her brother built a door to the back room of the house for the purpose of harboring illegal aliens.

Material witnesses Jassiel Abondis-Lopez, Alejandra Hernandez-Navarette, and Ruperto Zarate-Genchi said they were citizens of Mexico. Hernandez and Zarate are husband and wife and they crossed the border illegally together. Both said they were eventually transported to a house in Douglas, AZ where they stayed three nights. Zarate identified **Parra** as someone who lived in the house. Abundis said he crossed the border and was guided via cell phone. After walking for several hours, he encountered an unknown subject who took him to the stash house. He was taken to a room where he stayed the rest of the time. Abundis said **Monjaras** was present when he arrived at the house.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   Jassiel Abondis-Lopez, Alejandra Hernandez-Navarette, and Ruperto Zarate-Genchi.

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY:  AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br>RICARDO ISLAVA  *Digitally signed by RICARDO ISLAVA*<br>*Date: 2020.06.19 11:18:13 -07'00'* |
|---|---|
| Sworn by telephone  x<br>SIGNATURE OF MAGISTRATE JUDGE[1] | OFFICIAL TITLE<br>BPA Ricardo H. Islava |
|  | DATE<br>June 19, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54